*Randall S. Street et al* v. *Levi McKeen et al.* Application of Levi McKeen for the payment to him of $100 paid into court in this cause, denied.